IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CULP, INC., HEALTH CARE    )
PLAN, et al.,              )
                           )
    Plaintiffs,            )
                           )
    v.                     )    CIVIL ACTION NO.
                           )      2:03cv1015-MHT
LAURA H. CAIN,             )          (WO)
                           )
    Defendant.             )
```

ORDER

For the reasons stated in open court on September 12, 2005, it is ORDERED as follows:

(1) Defendant Laura Cain's motion to strike (Doc. No. 72) is denied.

(2) Plaintiffs Culp Inc. Health Care Plan and Benefit Management Services, Inc.'s motion to amend the pretrial order (Doc. No. 77) is granted.

It is further ORDERED that defendant Cain's motion to strike (Doc. No. 91) is denied, and plaintiffs Culp Inc. Health Care Plan and Benefit Management Services, Inc.'s motion to supplement record (Doc. No. 92) is granted.

The court notes, however, that the evidence at issue in these two motions had no bearing on the outcome of this case.

DONE, this the 14th day of February, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**