IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CULP, INC., HEALTH ) <br> CARE PLAN, and BENEFIT ) <br> MANAGEMENT SERVICES, INC., ) <br> as fiduciary of the Culp, ) <br> Inc. Health Care Plan, ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> LAURA H. CAIN, ) <br> ) <br>    Defendant. ) | <br><br><br><br><br><br><br><br> CIVIL ACTION NO. <br> 2:03cv1015-MHT <br>      (WO) |

JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiffs Culp, Inc., Health Care Plan and Benefit Management Services, Inc., in part, and in favor of defendant Laura H. Cain, in part.

(2) The clerk of the court is to remit to plaintiffs Culp, Inc., Health Care Plan and Benefit Management Services, Inc. $ 27,212.11 from the $ 36,178.70 that

defendant Cain paid into the court on October 16, 2003, plus 75% of the interest earned on the $ 36,178.70..

(3) The clerk is to remit the remainder of the $ 36,178.70 and the remainder of the interest earned on the $ 36,178.70 to defendant Cain.

The parties are DIRECTED to consult with the clerk's office regarding paperwork and procedures that must be completed before said monies can be released.

It is further ORDERED that each parties are to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 14th day of February, 2006.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE